IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CONDATIS, LLC** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | **CASE NO. 6:10-CV-600**<br>**PATENT CASE** |
| **A.P. MOLLER-MAERSK A/S, ET AL.** | § § § | |
| Defendants. | § § | |

**ORDER**

In light of Trico Marine Services, Inc.'s Suggestion of Bankruptcy (Docket No. 27), the Court *sua sponte* **SEVERS** Trico Marine Services, Inc. into a separate case, **STAYS** that case, and **ORDERS** Trico Marine Services, Inc. to file a notice that the bankruptcy proceedings have concluded within ten days of their completion. The Court waives the filing fee in the new case.

**So ORDERED and SIGNED this 13th day of December, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**