UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:10-cv-00600

Name of party requesting extension: JetBlue Airways Corp.

Is this the first application for extension of time in this case?   ☑ Yes
☑ No

If no, please indicate which application this represents:   ☑ Second
☐ Third
☐ Other _____

Date of Service of Summons:

Number of days requested:   ☐ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 2/14/2011   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Neil J. McNabnay

State Bar No.: 24002583

Firm Name: Fish & Richardson PC

Address: 1717 Main St.
Suite 5000
Dallas, Texas  75201

Phone: (214) 747-5070

Fax: (214) 747-2091

Email: mcnabnay@fr.com

A certificate of conference does not need to be filed with this unopposed application.