IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CONDATIS, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 6:10-CV-00600-LED ) |
| A.P. MÖLLER – MAERSK A/S, et al., | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS ROLLS-ROYCE PLC'S
AND OPTIMIZED SYSTEMS AND SOLUTIONS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Rolls-Royce plc and Optimized Systems and Solutions Inc., by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submit their Certificate of Corporate Disclosure and state as follows:

1. Rolls-Royce plc is the parent corporation of Optimized Systems and Solutions, Inc. These companies are wholly owned by Rolls-Royce Group plc, a foreign corporation.

2. No publicly held company or investment fund directly holds a 10% or more ownership interest in Rolls-Royce plc or Optimized Systems and Solutions, Inc. However, Rolls-Royce Group plc is publicly traded on the FTSE in the United Kingdom.

Respectfully submitted,

/s/Matthew C. Acosta
Robert P. Latham, Attorney No. 1197550
Matthew C. Acosta, Attorney No. 24062577
JACKSON & WALKER, LLP
901 Main Street, Suite 6000
Dallas, TX 75202-3797

        T: (214) 953-5610
        F: (214) 953-5822
        blatham@jw.com

Thomas J. Costakis
Jason A. Houdek
Birk K. Billingsley
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
T: (317) 636-4341
F: (317) 636-1507
tcostakis@kdlegal.com
jhoudek@kdlegal.com
bbillingsley@kdlegal.com
    *(admitted pro hac vice)*

*Attorneys for Defendants Rolls-Royce plc and Optimized Systems and Solutions, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was filed electronically using the Court's Electronic Case Filing System. Notice of this filing will be sent electronically to the following using the Court's electronic notification system. Parties may access this filing through the Court's Electronic Case Filing System.

    /s/Matthew C. Acosta_____
    Matthew C. Acosta

6017319v.1