**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CONDATIS LLC, | § § | Civil Action No. 6:10-cv-00600-LED |
| v. | § § | JURY TRIAL DEMANDED |
| A.P. MÖLLER-MAERSK A/S, et al | § § § | |

**NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANTS AIRBUS S.A.S., EMIRATES,
JETBLUE AIRWAYS CORP., AND US AIRWAYS, INC.**

PLEASE TAKE NOTICE of the appearance of Christopher Odell of the firm Hogan Lovells US LLP, who is admitted or otherwise authorized to practice in this Court, as counsel of record for and on behalf of defendants Airbus S.A.S., Emirates, JetBlue Airways Corp., and US Airways, Inc. in the above captioned matter. Copies of all pleadings and notices pertaining to the above-entitled matter should be forwarded to counsel at the following address:

> Christopher Odell
> HOGAN LOVELLS US LLP
> 700 Louisiana Street, Suite 4300
> Houston, Texas 77002
> Tel.: (713) 632-1447
> Fax: (713) 583-6975
> christopher.odell@hoganlovells.com

Date: January 21, 2011

        Respectfully submitted,

By: */s/ Christopher Odell*
    Thad T. Dameris
    State Bar No. 05345700
    Trevor R. Jefferies
    State Bar No. 00790963
    Christopher M. Odell
    State Bar No. 24037205
    **HOGAN LOVELLS US LLP**
    700 Louisiana Street, Suite 4300
    Houston, Texas 77002
    Tel.: (713) 632-1410
    Fax: (713) 583-6297
    thad.dameris@hoganlovells.com
    trevor.jefferies@hoganlovells.com
    christopher.odell@hoganlovells.com

    Eric J. Lobenfeld
    Ira Schaefer
    **HOGAN LOVELLS US LLP**
    875 Third Avenue
    New York, NY 10022
    Tel.: (212) 918-8202
    Fax: (212) 918-3100
    eric.lobenfeld@hoganlovells.com
    ira.schaefer@hoganlovells.com

    **ATTORNEYS FOR DEFENDANTS AIRBUS S.A.S., EMIRATES, JETBLUE AIRWAYS CORP., AND US AIRWAYS, INC.**

**Of Counsel:**
Michael E. Jones
State Bar No. 10929400
**POTTER MINTON PC**
110 N College, Suite 500
PO Box 359
Tyler, TX 75710-0359
Tel.: (903) 597-8311
Fax: (903) 593-0846
mikejones@potterminton.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that, on January 21, 2011, pursuant to Fed. R. Civ. P. 5 and Local Rule CV-5, a true and correct copy of the foregoing was filed by CM/ECF and will be served automatically on all parties who have appeared in this action.

By: */s/ Christopher Odell*