IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CONDATIS LLC, | § § | Civil Action No. 6:10-cv-00600-LED |
| v. | § § | JURY TRIAL DEMANDED |
| A.P. MÖLLER-MAERSK A/S, et al | § § § | |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS AIRBUS S.A.S., EMIRATES, JETBLUE AIRWAYS CORP., AND US AIRWAYS, INC.

PLEASE TAKE NOTICE of the appearance of Eric J. Lobenfeld of the firm Hogan Lovells US LLP, who is admitted or otherwise authorized to practice in this Court, as counsel of record for and on behalf of defendants Airbus S.A.S., Emirates, JetBlue Airways Corp., and US Airways, Inc. in the above captioned matter. Copies of all pleadings and notices pertaining to the above-entitled matter should be forwarded to counsel at the following address:

> Eric J. Lobenfeld
> Hogan Lovells US LLP
> 875 Third Avenue
> New York, NY 10022
> Tel: (212) 918-8202
> Fax: (212) 918-3100
> eric.lobenfeld@hoganlovells.com

Date:   January 21, 2011

>> Respectfully submitted,
>>
>> By: */s/ Eric J. Lobenfeld*
>>    Eric J. Lobenfeld
>>    Ira Schaefer
>>    **HOGAN LOVELLS US LLP**
>>    875 Third Avenue
>>    New York, NY 10022
>>    Tel.:  (212) 918-8202
>>    Fax:  (212) 918-3100
>>    eric.lobenfeld@hoganlovells.com
>>    ira.schaefer@hoganlovells.com

Thad T. Dameris
State Bar No. 05345700
Trevor R. Jefferies
State Bar No. 00790963
Christopher M. Odell
State Bar No. 24037205
**HOGAN LOVELLS US LLP**
700 Louisiana Street, Suite 4300
Houston, Texas 77002
Tel.:  (713) 632-1410
Fax:  (713) 583-6297
thad.dameris@hoganlovells.com
trevor.jefferies@hoganlovells.com
christopher.odell@hoganlovells.com

**ATTORNEYS FOR DEFENDANTS
AIRBUS S.A.S., EMIRATES, JETBLUE
AIRWAYS CORP., AND US AIRWAYS, INC.**

**Of Counsel:**
Michael E. Jones
State Bar No. 10929400
**POTTER MINTON PC**
110 N College, Suite 500
PO Box 359
Tyler, TX 75710-0359
Tel.:  (903) 597-8311
Fax:  (903) 593-0846
mikejones@potterminton.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on January 21, 2011, pursuant to Fed. R. Civ. P. 5 and Local Rule CV-5, a true and correct copy of the foregoing was filed by CM/ECF and will be served automatically on all parties who have appeared in this action.


By: */s/ Eric J. Lobenfeld*