**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CONDATIS LLC, | | |
| | Plaintiff, | |
| v. | | Case No.  6:10-cv-600 |
| A.P. MÖLLER-MAERSK A/S; et al | | |
| | Defendants. | **JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL**

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Condatis LLC voluntarily dismisses Defendant Michelin North America, Inc. without prejudice, the opposing party having served neither an answer nor a motion for summary judgment.

Dated:  February 15, 2011                  Respectfully submitted,

By:  /s/Andrew W. Spangler
   Andrew W. Spangler
   State Bar No. 24041960
   Spangler Law P.C.
   208 N. Green St., Suite 300
   Longview, TX 75601
   Telephone:  (903) 753-9300
   Facsimile:  (903) 553-0403
   Email: spangler@spanglerlawpc.com

   ATTORNEY FOR PLAINTIFF
   CONDATIS LLC

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served the 15th day of February, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/Andrew W. Spangler
Andrew W. Spangler