**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| CONDATIS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | Case No. 6:10-cv-600 |
| | § | |
| A. P. MOLLER-MAERSK A/S ET AL | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

**DEFENDANT MTU AERO ENGINES NORTH AMERICA, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant MTU Aero Engines North America, Inc. hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states as follows:

MTU Aero Engines North America Inc. is a wholly-owned subsidiary of MTU Aero Engines GmbH.

DATED: February 28, 2011

Respectfully submitted,

GILLAM & SMITH, L.L.P.

*/s/Melissa Richards Smith*
Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

*ATTORNEY FOR DEFENDANT*
*MTU AERO ENGINES NORTH*
*AMERICA, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail or facsimile transmission, on this the 28th day of February, 2011.

*/s/Melissa Richards Smith*
Melissa Richards Smith