**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CONDATIS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | Case No. 6:10-cv-600 |
| | § | |
| A. P. MOLLER-MAERSK A/S ET AL | § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

**DEFENDANT DELTA AIR LINES INC.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Delta Air Lines Inc. hereby submits its Corporate Disclosure Statement

pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states as follows:

Delta Air Lines Inc. does not have a parent, and no publicly held company owns more

than 10% of Delta's stock.


DATED:  February 28, 2011                    Respectfully submitted,

                                             GILLAM & SMITH, L.L.P.

                                             */s/Melissa Richards Smith*
                                             Melissa Richards Smith
                                             Texas State Bar No. 24001351
                                             GILLAM & SMITH, L.L.P.
                                             303 South Washington Avenue
                                             Marshall, Texas 75670
                                             Telephone:  (903) 934-8450
                                             Facsimile:  (903) 934-9257
                                             E-mail:  melissa@gillamsmithlaw.com

                                             ***ATTORNEY FOR DEFENDANT
                                             DELTA AIR LINES INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail or facsimile transmission, on this the 28th day of February, 2011.

*/s/Melissa Richards Smith*
Melissa Richards Smith