IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CONDATIS LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 6:10-CV-600-LED |
| A.P. MÖLLER-MAERSK A/S, et al. | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Defendant Optimized Systems and Solutions, Inc.'s Third Unopposed Motion to Extend Deadline to Respond to the Complaint ("Motion"). After considering the Motion, the Court finds that it should be **GRANTED** in all respects.

It is therefore **ORDERED** that Optimized Systems and Solutions, Inc.'s deadline to answer or otherwise respond to Condatis, LLC's Complaint is extended to March 14, 2011.

**So ORDERED and SIGNED this 1st day of March, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**