**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| CONDATIS LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:10-CV-600-LED |
| | § | |
| A.P. MÖLLER-MAERSK A/S, et al. | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER**

Before the Court is Defendant Rolls Royce PLC's Second Unopposed Motion to Extend Deadline to Respond to the Complaint ("Motion"). After considering the Motion, the Court finds that it should be **GRANTED** in all respects.

It is therefore **ORDERED** that Rolls Royce PLC's deadline to answer or otherwise respond to Condatis, LLC's Complaint is extended to March 14, 2011.

**So ORDERED and SIGNED this 1st day of March, 2011.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**