IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CONDATIS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:10 cv 600 - LED |
| | § | |
| A.P. MOLLER-MAERSK A/S, ET AL., | § | |
| | § | |
| Defendants. | § | |

## AMERICAN EUROCOPTER CORPORATION'S DISCLOSURE STATEMENT

American Eurocopter Corporation ("AEC") hereby files this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(1) and discloses that EADS North America Holdings, Inc. is its direct parent and European Aeronautic Defence and Space Company EADS N.V., a publicly held corporation, is AEC's ultimate owner.

Date: March 2, 2011

1.

Respectfully submitted,

/s/ Roy W. Hardin
ROY W. HARDIN
Texas State Bar No. 08968300
rhardin@lockelord.com
JASON E. MUELLER
Texas State Bar No. 24047571
jmueller@lockelord.com
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201
(214) 740-8000 Telephone
(214) 740-8800 Facsimile

ATTORNEYS FOR
AMERICAN EUROCOPTER CORP.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2011 I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                  /s/ Roy W. Hardin