UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-00600
Name of party requesting extension: Windrock Inc.
Is this the first application for extension of time in this case?   ☐ Yes
   ☑ No
If no, please indicate what application this represents:   ☐ Second
   ☐ Third
   ☑ Other  Fourth

Date of Service of Summons: 11/26/10
Number of days requested:   ☑ 30 days
   ☐ 15 days
   ☐ Other _____ days
New Deadline Date: 04/18/11   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Ruffin B. Cordell
State Bar No.: 04820550
Firm Name: Fish & Richardson P.C.
Address: 1425 K Street NW
    11th Floor
    Washington, D.C. 20005-3500
Phone: 202-783-5070
Fax: 202-783-2331
Email: cordell@fr.com

A certificate of conference does not need to be filed with this unopposed application.