UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CONDATIS LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>A.P. MÖLLER-MAERSK A/S; et al<br><br>                      Defendants. | Case No. 6:10-cv-600<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

      Plaintiff Condatis LLC and Defendants Optimized Systems and Solutions, Inc. and Rolls-Royce plc, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Dated: March 23, 2011                Respectfully submitted,

| | |
|---|---|
| */s/ Darrell G. Dotson*_____ | */s/ Matt C. Acosta*_____ |
| Gregory P. Love | Robert P. Latham, Attorney No. 1197550 |
| State Bar No. 24013060 | Matt C. Acosta, Attorney No. 24062577 |
| Scott E. Stevens | JACKSON WALKER LLP |
| State Bar No. 00792024 | Bank of America Plaza |
| Darrell G. Dotson | 901 Main Street, Suite 6000 |
| State Bar No. 24002010 | Dallas, Texas 75202 |
| Todd Y. Brandt | Telephone: 214.953.6000 |
| State Bar No. 24027051 | |
| STEVENS LOVE | Thomas J. Costakis |
| P.O. Box 3427 | Jason A. Houdek |
| Longview, Texas 75606 | Birk K. Billingsley |
| Telephone: (903) 753–6760 | KRIEG DEVAULT LLP |
| Facsimile: (903) 753–6761 | One Indiana Square, Suite 2800 |
| greg@stevenslove.comd | Indianapolis, Indiana 46204-2079 |
| scott@stevenslove.com | Telephone: 317.636.4341 |
| darrell@stevenslove.com | (*admitted pro hac vice*) |
| | |
| Andrew W. Spangler | |
| Texas State Bar No. 24041960 | *Attorneys for Defendants Rolls-Royce plc and* |
| Spangler Law, PC | *Optimized Systems and Solutions, Inc.* |
| 208 N Green St., #300 | |
| Longview, TX 75601-7312 | |
| Telephone: (903) 753-9300 | |
| spangler@spanglerlawpc.com | |

*Attorneys for Plaintiff Condatis LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been filed electronically on March 23, 2011, and, therefore, service is complete on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

/s/ Darrell G. Dotson
*Counsel for Plaintiff Condatis LLC*